# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2165
L.T. Case No. 16-2023-SC-441

_____

ROBERT SMITH,

     Appellant,

     v.

GREASE MONKEY AUTO AND
TIRE, LLC,

     Appellee.

_____

On appeal from the County Court for Duval County.
Kristen Brooke Stephens Brady, Judge.

Robert Smith, Jacksonville, pro se.

James D. Allen, III, of The Law Office of James D. Allen, P.A.,
Jacksonville, for Appellee.

May 14, 2026

PER CURIAM.

     AFFIRMED.

JAY, C.J., and LAMBERT and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____